CHARLES LEOPOLD, Respondent, *v.* THE CITY OF NEW
YORK, Appellant.

*Contract — New York city — action to recover balance alleged to be due
for building sewer.*

Leopold v. *City of New York,* 184 App. Div. 244, affirmed.

(Argued May 4, 1920; decided June 1, 1920.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered August 8, 1918, modifying and affirming as
modified so much of a judgment as was in favor of
plaintiff entered upon a verdict and reversing so much
of said judgment as was in favor of defendant and granting
a new trial. The action was to recover a balance alleged
to be due for building a sewer in the city of New York.
Of the amount claimed $7,830 had been retained by the
city as liquidated damages for delay in completion of
the work, $1,462.14 had been retained as payment for
city water used on the work and $1,709.30 was retained
to pay for removing and relaying a certain water main.
The trial justice directed a verdict with interest from
June, 1913, in favor of plaintiff for the $7,830 deducted
for overtime, and for the $1,462.14 for water consumed.
He sent to the jury the question of liability relating to
the $1,709.30 for failure to remove and relay the water
pipe and the jury returned a verdict in favor of defendant.
Both sides appealed, defendant against the entire judg-
ment, plaintiff against so much of the judgment as
failed to award it interest on the $7,830 and the $1,462.14
from May, 1908, and as failed to award it the $1,709.30.
The Appellate Division modified the judgment by affirm-
ing the finding that plaintiff was entitled to the $7,830
and the $1,462.14, but added interest during a certain
period which the trial justice had not allowed, and
reversed that part of the judgment based upon the jury's
verdict in favor of defendant for the $1,709.30 and
ordered a new trial as to it.

*William P. Burr, Corporation Counsel (John F. O'Brien*
of counsel), for appellant.

*John C. Wait* and *Howard G. Wilson* for respondent.

Judgment of Appellate Division modifying and affirming judgment of Trial Term affirmed and order granting new trial affirmed and judgment absolute ordered against appellant on the stipulation, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.